UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**00-6094
CIV-UNGARO-BENAGES**

**MAGISTRATE JUDGE
BROWN**

SCOTT HAAS

        Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes ✓ No

        Respectfully submitted,

        THOMAS E. SCOTT
        UNITED STATES ATTORNEY

BY: _____
        MARY F. DOOLEY
        ASSISTANT U.S. ATTORNEY
        99 N.E. 4TH STREET, Suite 300
        Miami, FL 33132
        Tel No. (305) 961-9352
        Fax No. (305) 530-7195
        Bar No. A5500282

DATED  1/19/00