AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

Case Number: 00-6094 CIV-UNGARO-BENAGES
MAGISTRATE JUDGE BROWN

v.

SCOTT M. HAAS
1633 NE 15TH ST
FT LAUDERDALE, FL 33304

TO: (Name and Address of Defendant)

SCOTT M. HAAS
1633 NE 15TH ST
FT LAUDERDALE, FL 33304

YOU ARE HEREBY SUMMONED and required serve upon Plaintiff's Attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable time after service.

Clarence Maddox, CLERK        JAN 2 0 2000    DATE

(BY) DEPUTY CLERK