UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6094-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ORDER REQUIRING JOINT
SCHEDULING REPORT

SCOTT HAAS,

    Defendant.
_____/

**Upon a sua sponte** review of the Court file and, pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is hereby:

**Ordered and Adjudged**:

That counsel for Plaintiff is directed to provide a copy of this Order to other counsel of record and to meet with other counsel of record herein and thereafter file a Joint Scheduling Report within sixty (60) days of the date of this Order. The parties are reminded that they are jointly responsible for arranging and being represented at the meeting and for attempting in good faith to agree on a proposed discovery plan and for filing the Scheduling Report with the Court.

The parties are directed to Fed.R.Civ.P. 26(f) and Local Rule 16.1 (S.D.Fla.) for the specific requirements to be satisfied in the preparation of the Scheduling Report and proposed Scheduling Order. At a minimum, the Scheduling Report must contain:

    1. A brief statement outlining the nature of the action, the underlying facts, and the parties' respective legal positions;

2. A detailed proposed discovery plan, including the dates when expert disclosure will be made;

3. Estimate of time required to complete discovery;

4. Estimate of days required to try case;

5. Whether case is jury or non-jury;

6. A list of all pending motions and their status; and

7. Pre-addressed, post paid envelopes for all parties. The Proposed Scheduling Order shall conform to the specific requirements of Local Rule 16.1(B) and shall include dates for expert disclosure.

Failure to comply with the requirements of Local Rule 16 and Fed.R.Civ.P. 16 "will subject the party or counsel to appropriate penalties, including, but not limited to, dismissal of the cause, or striking of defenses and entry of judgment". Local Rule 16.1(M). (S.D. Fla.).

**DONE AND ORDERED** this 24 day of January, 2000, at Miami, Florida.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

Copies provided:

Mary F. Dooley, AUSA