UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

COURT NO. 00-6094-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT M. HAAS,

    Defendant.
_____/



## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause with prejudice as to the defendant, SCOTT M. HAAS pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

BY: _____
    MARY F. DOOLEY
    ASSISTANT U.S. ATTORNEY
    99 N.E. 4TH STREET, Suite 300
    Miami, FL 33132
    Tel No. (305) 961-9311
    Fax No. (305) 530-7195
    Bar No. A5500282

DATED  2/16/00

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __16__ day of February, 2000 to:

Scott M. Haas
1633 NE 15th St
Ft. Lauderdale, FL 33304

Mary F. Dooley
Assistant U.. Attorney