

FILED by ___ D.C.

FEB 2 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6094-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SCOTT M. HAAS,

      Defendant.
_____/

**ORDER**

    Plaintiff, United States of America, having submitted a
Notice of Voluntary Dismissal pursuant to Rule 41(a)(1),
Fed.R.Civ.P., to dismiss this case with prejudice, and this Court
having reviewed the record, and being fully appraised in the
premises, it is hereby

    ORDERED this case is dismissed with prejudice; and it is
further

    ORDERED that the Clerk of the Court is instructed to close
this case.

    DONE and ORDERED in Chambers at Ft. Lauderdale, Florida this
23 day of February, 2000.


                         URSULA UNGARO-BENAGES
                         UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA
    SCOTT M. HAAS